Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> ) | No. C-12-02417 LHK-HRL <br><br> **PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff AF Holdings LLC hereby withdraws its *ex parte* application for leave to take expedited discovery filed in this action on June 15, 2012.

///

///

///

///

///

Respectfully Submitted,

AF HOLDINGS LLC,

**DATED: June 19, 2012**

By:      /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*